PICKET & LACROIX vs. MORE.

THE defendant had obtained a stay of proceedings: *Livingston*, for the plaintiffs, on affidavit that a number of negroes mortgaged by him, were concealed, and likely to be removed out of the territory, obtained an order of seizure, notwithstanding the stay of proceedings.

If there be danger, goods will be seized, notwithstanding the stay.

FISHER & TAYLOR vs. HOOD.

ATTACHMENT. *Depeyster*, for the defendant, moved for leave to disprove the debt, with a view afterwards to pray for a dissolution of the attachment.

The debt cannot be summarily disproved, to dissolve the attachment.

*By the Court.* This cannot be done, for that would be to try the cause on a collateral issue.

MOTION DENIED.